SINCLAIR REFINING CO., INC., v. HERMAN ZLOT and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before October 15, 1931, and file a surety company bond within ten days from service of order to pay any judgment recovered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SINCLAIR REFINING CO., INC., v. HERMAN ZLOT and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BESSIE LONDON v. JACOB CAPLAIN, Also Known as MAX SAMUELS.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GEORGE H. STORM & CO., INC., v. EDWARD J. ABLITZER, as Trustee of the FIVE STAR REALTY CORPORATION.— Application denied, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

DAVID W. KEEN v. A. LENOBEL, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CONRON BROTHERS COMPANY v. EMPRESS PRODUCE COMPANY, INC., and GETZ POULTRY AND EGG CORPORATION.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HERMAN T. MAGAGNA v. HARRY VELDRAN.— Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ANNA DENNER v. ISRAEL DENNER.— Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

H. & B. GOLF COMPANY, INC., v. J. J. A. HOLDING CORPORATION.— Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CORTLANDT F. BISHOP, Individually and as Sole Surviving and Sole Acting Executor, etc., and BANK OF NEW YORK AND TRUST COMPANY, as Trustee, v. SIXTH AVENUE AND FORTY-EIGHTH STREET CORPORATION.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY J. ROSEN v. LUCILLE HALPERN.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ALEXANDER M. ABES v. CHARLOTTE KING PALMER.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

LANMAN & KEMP, INC., v. THE FOUNDATION COMPANY, a Corporation.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JACOB LOBEL v. NEUBERGER BROS., INC., and Others.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

S. S. STERN CO., INC., v. HARRY ZAKUTINSKY.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

NEW YORK PLUMBERS SPECIALTIES CO., INC., v. 52 WEST BROADWAY CORPORATION.— Motion granted, and the motion to dismiss appeal taken by plaintiff from an order entered on December 8, 1930, granted, with ten dollars costs, unless